



Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| GINA LILLIAN MEESE, | CASE NO. 10-65312 |
| Debtor. | JUDGE RUSS KENDIG |
| | **PRELIMINARY ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS** |

This case comes before the Court upon Debtor's application for waiver of the Chapter 7 filing fee, filed on December 29, 2010. The Court will not grant or deny Debtor's application at this time. The Court finds that additional information is necessary before ruling on the application. First, Debtor needs to provide employee income records to verify her income. Second, Debtor shall file a copy of her 2009 federal income tax return. The tax return shall be filed as a private document on the court's docket.

The requested information will enable the Court to more accurately determine Debtor's ability to pay the filing fee. Debtor shall file the requested information with the Court by no later than **January 19, 2011**.

It is so ordered.

\#    \#    \#

**Service List:**

Diana Khouri
6300 Rockside Road #204
Cleveland, OH 44131

Gina Lillian Meese
6464 Mears Drive NW
Dover, OH 44622

Michael V Demczyk
PO Box 867
12370 Cleveland Ave NW
Uniontown, OH 44685